

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00673-CR

Endee Raejean **STELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CR-4630
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Velia J. Meza, Justice

Delivered and Filed: December 23, 2025

DISMISSED

Appellant, Endee Raejean Stell, entered into a plea agreement whereby he pled guilty to the charged offense of theft of property with a value of less than $2,500 with two or more previous convictions, a state jail felony. Additionally, Stell pled true to the State's enhancement paragraphs, elevating the range of his punishment to that of a third-degree felony. And on February 25, 2025, Stell was sentenced to four years confinement in the Texas Department of Criminal Justice Correctional Institutions Division probated for four years, with a fine of $1,500.00.

The trial court signed a certificate of defendant's right of appeal stating that this "is a plea-bargain case, and the defendant has NO right to appeal; the defendant has waived the right of appeal."

On October 7, 2025, Stell filed a notice of appeal based on the trial court granting permission to appeal. However, the clerk's record does not contain any such grant of permission. Furthermore, the clerk's record in this case, which contains the written plea agreement, establishes that the punishment assessed by the trial court did not exceed the punishment recommended by the prosecutor and agreed to by Stell; therefore, the trial court's certification accurately reflects that the underlying case is a plea-bargain case. *See* TEX. R. APP. P. 25.2.

On October 30, 2025, we gave Stell notice that this appeal would be dismissed unless an amended trial court certification showing the right to appeal was made part of the appellate record by December 1, 2025. *See* TEX. R. APP. P. 25.2(d), 37.1. No such amended certification showing Stell has the right to appeal has been filed. We therefore dismiss this appeal. TEX. R. APP. P. 25.2(d).

PER CURIAM